No. 243. SALOMON *v.* CITY OF NEW YORK ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Solomon G. Salomon* for petitioner. *Messrs. Paxton Blair, Leo Brown, Clifton Murphy, Edwin S. S. Sunderland,* and *Philip A. Carroll* for respondents.

No. 244. MORRISDALE COAL Co. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the

Circuit Court of Appeals for the Third Circuit denied. *Messrs. Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *F. E. Youngman* for the United States.